UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE MADDEN,

    Plaintiff,

v.                                    Case No.  8:11-cv-837-T-24 TBM

ZACHARY FLYNN NORSWORTHY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on two motions: (1) Defendant's Motion to Substitute (Doc. No. 3) and (2) Defendant's Motion to Dismiss (Doc. No. 4).  Plaintiff has telephonically informed the Court that she will not be filing opposing briefs to these motions.

On March 21, 2011, Plaintiff filed suit against Defendant Zachary Norsworthy for injuries she sustained when Norsworthy allegedly negligently operated a vehicle that collided with her vehicle.  (Doc. No. 2).  In response, the United States filed the instant motion to be substituted as the defendant in this case pursuant to the Federal Tort Claims Act ("FTCA"), because Norsworthy is an employee of the Department of the Army and the incident at issue occurred while he was acting within the scope of his employment.  Upon consideration, the Court will grant the motion, dismiss Norsworthy as a defendant, and substitute the United States in his place.

Additionally pending before this Court is Defendant's Motion to Dismiss this case. In the motion, Defendant moves for dismissal without prejudice, because Plaintiff has not exhausted her administrative remedies, which is a prerequisite to filing suit under the FTCA.  The Court

agrees that dismissal without prejudice is warranted.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendant's Motion to Substitute (Doc. No. 3) is GRANTED. Plaintiff's claim against Defendant Norsworthy is dismissed, and the Clerk is directed to substitute the United States of America as the defendant in this case.

(2) Defendant's Motion to Dismiss (Doc. No. 4) is granted, and the case against the United States is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of May, 2011.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge